

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTIAN ZAMBRANO, LUZ
DURANGO, MOIRA RIVEROS, and
RIGOBERTO ROMERO on behalf of
themselves and all others similarly situated,

CIVIL ACTION NO.: 15-2373

    Plaintiffs,

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

v.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

STRATEGIC DELIVERY SOLUTIONS,
LLC., DAVID KRONICK, ANDREW
KRONICK, and MIKE RUCCIO,

★ AUG 12 2015 ★

    Defendants.

LONG ISLAND OFFICE

------------------------------------------------------------x

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiffs hereby voluntarily dismiss without prejudice Plaintiffs' claims against the Defendants.

Dated: New York, New York
       August 11, 2015

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: /s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum
32 Broadway, Suite 601
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*

Case closed. The clerk of the Court is directed to terminate docket entry #21.

So ordered.

s/ Arthur D. Spatt

Arthur D. Spatt, USDJ    8/12/15